# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

Case No. 5:19-CV-153-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Jean Clark, and the STATE OF NORTH CAROLINA, *ex rel.* Jean Clark, <br><br> Plaintiffs, <br><br> v. <br><br> WAKEMED, d/b/a WakeMed Health and Hospitals, <br><br> Defendant. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE of Plaintiff's voluntary dismissal of the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Such dismissal is with the permission of the government and without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(B).

Dated: August 12, 2020

**NICHOLS KASTER, PLLP**

/s/Rebekah L. Bailey
Rebekah L. Bailey, MN Bar No. 0389599*
Matthew H. Morgan, MN Bar No. 304657*
Charles Delbridge, MN Bar No. 0386639*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone (612) 256-3200, Fax (612) 215-6870
bailey@nka.com,
morgan@nka.com,
cdelbridge@nka.com

*Special appearance*

**ATTORNEYS FOR RELATOR**

Dated: August 13, 2020

**GIBBONS LEIS, PLLC**

/s/Philip Gibbons
Philip Gibbons, NC #50276
Jason Chestnut, NC #52066
14045 Ballantyne Corporate Pl #325
Charlotte, NC  28277
Telephone (704) 734-9816
Fax (704) 734-9816
phil@gibbonsleis.com
jason@gibbonsleis.com

**LOCAL CIVIL RULE 83.1(D) COUNSEL FOR RELATOR**